UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00137 |
| | ) | JUDGE CAMPBELL |
| CARLOS RAMOS-SANCHEZ | ) | |

## ORDER

Due to a change in the criminal trial scheduled to begin October 15, 2013, the change of plea and/or pretrial conference in this case is RESCHEDULED for October 16, 2013, at 1:00 p.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE